438 A.2d 653

Commonwealth v. White, Appellant.

Submitted December 5, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

438 A.2d 653

Commonwealth v. Williams, Appellant.
Petition for Allowance of Appeal Denied Feb. 26, 1982.

Argued March 30, 1981. Michael H. Van Buskirk, for appellant; Eric I. B. Beller, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.